21774

The STATE, Respondent, v. Homer Lee MARTIN, Appellant.
(294 S. E. (2d) 345)

*Public Defender Nora B. Lewis,* Union, and *Appellate Defender John L. Sweeny* and *Asst. Appellate Defender Kathy D. Lindsay,* both of *S. C. Com'n of Appellate Defense,* Columbia, *for appellant.*

*Atty. Gen. Daniel R. McLeod* and *Asst. Attys. Gen. Lindy P. Funkhouser* and *Martha L. McElveen,* Columbia, and *Sol. William L. Ferguson,* York, *for respondent.*

August 9, 1982.

*Per Curiam:*

Appellant pled guilty to receiving stolen goods and was sentenced to eight years. We vacate the guilty plea and remand for further proceedings.

Appellant was indicted for housebreaking and larceny but pled guilty to receiving stolen goods.[1] Appellant was never indicted for receiving stolen goods. No presentment to the grand jury was made for receiving stolen goods. No waiver of presentment was accomplished in accord with South Carolina Code of Laws Ann. §§ 17-23-120 to 140 (Supp. 1981).

The plea must be vacated under our holding in *Summerall v. State,* S. C. 294 S. E. (2d) 344 Op. No. 21773, filed August 9, 1982 that the requirements of §§ 17-23-120 to 140 are mandatory. We therefore vacate appellant's guilty plea and remand for further proceedings consistent with the *Summerall* decision.

---

[1] Receiving stolen goods is not a lesser included offense of larceny. *State v. Hamilton,* 172 S. C. 453, 174 S. E. 396 (1934).